# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958   www.brewingtonlaw.com

| | |
|---|---|
| **Frederick K. Brewington** | **Oscar Holt III** |
| **Cathryn Harris-Marchesi** | Of Counsel |
| Tricia S. Lindsay | |
| Julissa M. Proaño | |

November 12, 2019

**VIA ELECTRONIC CASE FILING**
Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Harris v. County of Nassau, et al.*
            Docket No.: CV-19-00212 (DRH)(GRB)

Dear Judge Brown:

    As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. This letter is to respectfully request that the *Status Conference* scheduled for November 13, 2019, be adjourned. We are pleased to inform the Court that the parties have reached a settlement in this matter. Upon finalizing the settlement documents, a *Stipulation* dismissing this matter will be filed.

    We thank the Court for its kind consideration.

                                              Respectfully submitted,

                                              FREDERICK K. BREWINGTON

cc:    Jennean Rogers, Esq.
FKB:pl