UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD T. HARRIS,

                Plaintiff,

- against -

COUNTY OF NASSAU, NASSAU COUNTY SHERIFF'S DEPARTMENT, POLICE OFFICERS R. OSWALD, Rank No. 4138, BC2394700 and JOHN DOE (whose full name is currently in possession of Defendants and not fully known to Plaintiff) in their Individual and official capacities,

                Defendants.
------------------------------------------------------------X

19-CV-235 (DRH) (GRB)

**STIPULATION AND ORDER OF DISMISSAL AS TO INDIVIDUALLY-NAMED DEFENDANT**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice against the individually-named defendant Ryan Oswald, Rank No. 4138 (s/h/a "Police Officer R. Oswald") without costs or attorneys' fees to any party.

Dated: ~~January~~ March 4th, 2020

LAW OFFICES OF FREDERICK K. BREWINGTON

_____
Frederick K. Brewington, Esq.
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6958
Attorney for Plaintiff

JARED A. KASSCHAU
Nassau County Attorney

By: _____
Jennean R. Rogers, Esq.
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-6326
Attorney for Defendants

SO ORDERED:

_____
Hon. Denis R. Hurley
United States District Judge